# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

WILLIE A COROUTHERS,

    Plaintiff,

v.                                           CASE NO. 5:09-cv-00036/RS-AK

MAJOR FLOWERS, HENRY, RING,

    Defendants.

_____/

## O R D E R

Before me is Plaintiff's Motion to Appoint Counsel, which includes a request for subpoenas (Doc. 35). Appointment of counsel in a §1983 suit is not a right, it is a privilege and is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner. Fowler v. Jones, 899 F.2d 1088 (11th Cir. 1990). This case involves allegations of denial of religious freedoms. Specifically, Plaintiff claims that Defendants did not allow Ramadan to begin according to the Sighting of the New Moon, a central tenet of the Muslim faith. Plaintiff has sufficiently alleged facts underlying his claims to warrant service of the amended complaint upon the Defendants. Therefore, there are not exceptional circumstances to require appointment of counsel. Plaintiff's Motion to Appoint Counsel (Doc. 35) is **denied**.

Plaintiff will be advised later by separate order of the procedure for obtaining witnesses at trial.

A Case Management Order was entered and all deadlines have now expired. (See Doc. 26). No dispositive motions are pending, and it appears that this case is now ready to be set for trial. The parties shall advise the Court not later than April 16, 2010, of their respective positions on the status of this case and whether it should be set for trial.

**ORDERED** on April 7, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**