**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


WILLIE A. CAROUTHERS,

        Plaintiff,

vs.                        CASE NO. 5:09cv36/RS-GRJ

MAJOR FLOWERS, et al,

        Defendants.

_____/

## <u>ORDER</u>

    Before me is the Magistrate Judge's Report and Recommendation (Doc. 69). Plaintiff has not filed objections.

    **IT IS ORDERED:**

1.      The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.      Defendants' Motion For Summary Judgment (Doc. 45) is **granted**, and this case is dismissed.

3.      The clerk is directed to enter summary judgment for Defendants and to close the file.


**ORDERED** on March 31, 2011.



/S/ Richard Smoak_____
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**