IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE A. COROUTHERS,

    Plaintiff,

v.                                                        CASE NO. 5:09-cv-36-RS-GRJ

MAJOR FLOWERS, et al.,

    Defendants.

_____/

## **ORDER**

Pending before the Court is a letter from Plaintiff to the Clerk of Court requesting the return of $10.00 that was taken from Plaintiff's inmate account on April 12, 2011 to pay the filing fee in this case, which the Court construes as a motion to refund the filing fee. (Doc. 74.) This Court entered an Order on March 31, 2011 granting summary judgment in favor of all Defendants and dismissing this case. (Doc. 70.) Plaintiff's letter advises the Court of the deduction that was taken from his inmate account on April 12, 2011 and requests that the Clerk of Court replace this money and discontinue any further deductions from his account in the future because this case was dismissed.

Plaintiff filed an executed Prisoner Consent Form And Financial Certificate in this case in which he requested that the Court allow him to proceed *in forma pauperis* in this action without prepayment of the entire $350.00 filing fee. (Doc. 2.) This form specifically provided that Plaintiff understood that "Pursuant to the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915 (as amended), even if I am granted leave to proceed *in forma pauperis*, I must pay the entire $150.00 filing fee in full. I AM

OBLIGATED TO PAY THE ENTIRE $150.00 FILING FEE REGARDLESS OF THE DISPOSITION OF THIS CASE (including dismissal)." (Doc. 2 p. 1.)[1] This Court entered an Order granting Plaintiff's request to proceed *in forma pauperis* without prepayment of the entire $350.00 filing fee and specifically advised the Plaintiff that payments would be made from his inmate account and that "[t]hese payments shall continue until the filing fee of $350 is paid in full." (Doc. 5.) Plaintiff was thus well aware that he would be responsible for paying the entire $350.00 filing fee regardless of the disposition of this case. Accordingly, Plaintiff's request that the Clerk of Court refund the $10.00 deducted from his account on April 12, 2011 and that the Clerk of Court discontinue making such deductions in the future (Doc. 74) is due to be **DENIED.**

Accordingly, it is hereby **ORDERED** that Plaintiff's request that the Clerk of Court refund the $10.00 deducted from his inmate account on April 12, 2011 and that the Clerk of Court discontinue making such deductions in the future (Doc. 74) is hereby **DENIED.**

**DONE** and **ORDERED** in Gainesville, Florida this 21st day of April, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] It appears that Plaintiff filled out an older version of this form, as the filing fee is now $350.00. In any event, as noted above, this Court entered an Order granting Plaintiff's request to proceed *in forma pauperis* in which it advised Plaintiff that he would be responsible for the payment of the entire $350.00 filing fee and that payments would continue until the entire $350.00 had been paid, no matter what the disposition of this action. (Doc. 5.)